| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No: 13-20-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| SUZANN JUDY PHILLIPS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on the Report and Recommendation [R. 648] filed by United States Magistrate Judge Hanly A. Ingram. The Report and Recommendation addresses the issue of whether Defendant Suzann Phillips is competent to stand trial pursuant to 18 U.S.C. § 4241 and §4247(d). Judge Ingram advises that based on the competency examination performed by Dr. Christine Anthony, Phillips is competent to stand trial and recommends that the Court find her competent for further proceedings in this matter.

Judge Ingram's Report advises the parties that any objections must be filed within fourteen (14) days of service. [R. 648 at 5.] The time to file objections has passed, and neither party has objected nor sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v.*

*Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v.Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court being sufficiently and otherwise advised, it is hereby **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation [R. 648] is **ADOPTED** as the opinion of this Court;

(2) The Court **FINDS** that Phillips is competent to face further proceedings in this matter including trial;

(3) This case is set for Jury Trial on **Tuesday, August 19, 2014**, at the hour of **10:00 a.m.** in **London, Kentucky**;

(4) The pretrial deadlines set forth by the Scheduling Order shall be relative to these new dates and not the previously set trial date; and

(5) In the event a plea agreement is reached in this matter, any motion for rearraignment shall be filed **no later than (14) days** of the current Jury Trial date. Further, to the extent a written plea agreement exists between the parties, the United States of America is directed to provide a courtesy copy to the undersigned's Chambers at *GFVT_chambers@kyed.uscourts.gov* **no later than two (2) days** before the scheduled rearraignment.

This 14th day of July, 2014.



**Signed By:**

***Gregory F. Van Tatenhove***

**United States District Judge**